UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
                                       )
UNITED STATES OF AMERICA               )
                                       )
        v.                             )        Criminal No. 81-0306 (PLF)
                                       )
JOHN W. HINCKLEY, JR.                  )
                                       )
_____)

ORDER

Upon consideration of the government's motion for extension of time to submit

supplemental expert report, and Mr. Hinckley's memorandum in response, it is hereby

ORDERED that the government's motion is GRANTED in part and DENIED in

part; and it is

FURTHER ORDERED that the supplemental expert report of Dr. Raymond

Patterson must be submitted on or before February 19, 2013; the date for submission of

Dr. Robert Phillips' expert report remains February 21, 2013.  No extensions of these dates will

be granted.

SO ORDERED.


                              /s/_____
                              PAUL L. FRIEDMAN
DATE:   January 31, 2013      United States District Judge